| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Jason A. Guenther** | Social Security number or ITIN **xxx–xx–9032** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Tabatha R. Guenther** | Social Security number or ITIN **xxx–xx–1928** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Illinois** | | |
| Case number:   **17–27664** | | |

# Order of Discharge                                                                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jason A. Guenther                                   Tabatha R. Guenther

December 12, 2017                                   **For the court:**   Jeffrey P. Allsteadt, Clerk
                                                                                          United States Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                   **Order of Discharge**                                   page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 17-27664-ABG
Jason A. Guenther  Chapter 7
Tabatha R. Guenther
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1    User: admin    Page 1 of 2    Date Rcvd: Dec 12, 2017
    Form ID: 318    Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2017.

```
db/jdb         +Jason A. Guenther,    Tabatha R. Guenther,    38163 North IL Route 59,
                 Lake Villa, IL 60046-9794
26123498       +AmeriCredit Financial Services, Inc., dba GM Finan,    P O Box 183853,
                 Arlington, TX 76096-3853
26013024        Center for Childrens Digestive Hlth,    P. O. Box 88473, Dept. A,    Chicago, IL 60680-1473
26013030        Figi's,    P. O. Box 77001,    Madison, WI 53707-1001
26013032        Geico,    One Geico Plaza,    Bethesda, MD 20810-0001
26013035       +Midwest NeoPed Associates, Ltd.,    900 Jorie Boulevard, #186,    Oak Brook, IL 60523-3855
26013036        Progenity,    P. O. Box 3951,    Sarasota, FL 34230-3951
26013037       +State Bank of the Lakes,    440 Lake Street,    Antioch, IL 60002-1478
26013043       +Vista Imaging Assoc.,    c/o AR Resources, Inc.,    3107 Spring Glen Road, #214,
                 Jacksonville, FL 32207-5922
26013044        Vista Medical Center East,    c/o Professional Account Services,    P. O. Box 188,
                 Brentwood, TN 37024-0188
26013046        WFFNB Retail - Luna,    P. O. Box 10347,    Des Moines, IA 50306-0347
26013047        William E. Woods, MD SC,    351 South Greenleaf Street, Suite A,    Gurnee, IL 60031-5701
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
26013020       +EDI: PHINAMERI.COM Dec 13 2017 00:38:00     AmeriCredit/GM Financial,    P. O. Box 183853,
                 Arlington, TX 76096-3853
26013021        EDI: BANKAMER.COM Dec 13 2017 00:38:00     Bank of America,    P. O. Box 982238,
                 El Paso, TX 79998
26013022       +EDI: CAPITALONE.COM Dec 13 2017 00:38:00     Capital One / Menards,    Attn: Bankruptcy,
                 P. O. Box 30285,    Salt Lake City, UT 84130-0285
26013023       +EDI: CAPITALONE.COM Dec 13 2017 00:38:00     Capital One Bank,    Attn: Bankruptcy,
                 P. O. Box 30253,    Salt Lake City, UT 84130-0253
26013025       +EDI: WFNNB.COM Dec 13 2017 00:38:00     Comenity Bank/Gander Mountain,    P. O. Box 182125,
                 Columbus, OH 43218-2125
26013026       +EDI: WFNNB.COM Dec 13 2017 00:38:00     Comenity Bank/Meijer,    P. O. Box 182125,
                 Columbus, OH 43218-2125
26013027       +EDI: WFNNB.COM Dec 13 2017 00:38:00     Comenity Capital/Gamestop,    P. O. Box 182125,
                 Columbus, OH 43218-2125
26013028       +EDI: RCSFNBMARIN.COM Dec 13 2017 00:38:00     Credit One Bank NA,    P. O. Box 98873,
                 Las Vegas, NV 89193-8873
26013029       +EDI: DISCOVER.COM Dec 13 2017 00:38:00     Discover Financial,    P. O. Box 3025,
                 New Albany, OH 43054-3025
26013031       +EDI: BLUESTEM Dec 13 2017 00:38:00     Fingerhut,    6250 Ridgewood Road,
                 St Cloud, MN 56303-0820
26013033        EDI: CBS7AVE Dec 13 2017 00:38:00     Ginny's,    1112 - 7th Avenue,    Monroe, WI 53566-1364
26013034       +E-mail/Text: michaelmills@heightsfinance.com Dec 13 2017 01:10:53      Heights Finance Corp,
                 2015 N Green River Rd,    Evansville, IN 47715-1909
26013038       +EDI: RMSC.COM Dec 13 2017 00:38:00     SYNCB/Toys R Us,    P. O. Box 965064,
                 Orlando, FL 32896-5064
26015611       +EDI: RMSC.COM Dec 13 2017 00:38:00     Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
26013039       +EDI: RMSC.COM Dec 13 2017 00:38:00     Synchrony Bank/Care Credit,    Attn: Bankruptcy,
                 P. O. Box 956060,    Orlando, FL 32896-0001
26013040       +EDI: RMSC.COM Dec 13 2017 00:38:00     Synchrony Bank/PayPal Credit,    Attn: Bankruptcy,
                 P. O. Box 956060,    Orlando, FL 32896-0001
26013041       +EDI: RMSC.COM Dec 13 2017 00:38:00     Synchrony Bank/Walmart,    Attn: Bankruptcy,
                 P. O. Box 956060,    Orlando, FL 32896-0001
26013042       +EDI: WTRRNBANK.COM Dec 13 2017 00:38:00     Target,    c/o Financial & Retail Srvs,
                 Mailstop BT, P. O. Box 9475,    Minneapolis, MN 55440-9475
26013045       +EDI: WFFC.COM Dec 13 2017 00:38:00     Wells Fargo Dealer Services,    Attn: Bankruptcy,
                 P. O. Box 19657,    Irvine, CA 92623-9657
26013048       +EDI: WABK.COM Dec 13 2017 00:38:00     World Finance Corp,    Attn Bankruptcy,    P. O. Box 6429,
                 Greenville, SC 29606-6429
                                                                                               TOTAL: 20
```

     ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0752-1            User: admin              Page 2 of 2               Date Rcvd: Dec 12, 2017
                                Form ID: 318             Total Noticed: 32
```

```
             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2017 at the address(es) listed below:
              Ilene F Goldstein, ESQ    ifgcourt@aol.com, IL35@ecfcbis.com
              James T Magee    on behalf of Debtor 2 Tabatha R. Guenther bk@mageehartman.com
              James T Magee    on behalf of Debtor 1 Jason A. Guenther bk@mageehartman.com
              James T Magee    on behalf of Creditor   AmeriCredit Financial Services, Inc., dba GM Financial
               bk@mageehartman.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                            TOTAL: 5
```